UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia**,<br><br>　　　　Plaintiff,<br><br>v.<br><br>**JDGL Properties, LLC,** a California Limited Liability Company;<br>**MJ Food & Liquor Inc.,** a California Corporation,<br><br>　　　　Defendants. | Case: No.4:22-CV-00121-HSG<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall be extended to and including May 10, 2022.
2. All other dates that are calculated based on the inspection date are adjusted accordingly.

IT IS SO ORDERED.

Dated: 4/4/2022

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HONORABLE HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1