UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>JDGL PROPERTIES, LLC, et al.,<br><br>    Defendants. | Case No. 22-cv-00121-HSG<br><br>**ORDER DENYING MOTION TO DISMISS**<br><br>Re: Dkt. No. 17 |

The Court finds this matter appropriate for disposition without oral argument and the matter is deemed submitted. *See* Civil L.R. 7-1(b). For the reasons discussed below, Defendant's motion is **DENIED.**

Defendant moves to dismiss the Complaint on the ground that Plaintiff lacks Article III standing. Dkt. No. 17. The argument is essentially that Mr. Garcia cannot establish an Article III injury because he does not have a genuine intent to return to the premises. The Court rejected an identical argument at the summary judgment stage in *Johnson v. Simper Investments, Inc.*, 20-cv-01061-HSG, Dkt. No. 49 (N.D. Cal. October 12, 2021). For the same reasons provided in that opinion, Defendant's argument is rejected here. Whether Mr. Garcia intends to return to the premises to test for ADA compliance is a factual issue. At the motion to dismiss stage, all Mr. Garcia needs to do is adequately plead that he would return but for Defendant's allegedly inaccessible parking conditions. Because the Complaint does so, Defendant's motion is **DENIED.**

The Court further **ADVANCES** the Further Case Management conference currently set for September 29, 2022 at 2:00 p.m. to September 27, 2022 at 2:00 p.m. The Court further **DIRECTS** the parties to submit a joint case management statement by September 20, 2022. All counsel shall use the following dial-in information to access the call:

Dial-In: 888-808-6929;

Passcode: 6064255

For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines.

**IT IS SO ORDERED.**

Dated: September 1, 2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge